COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Endeavor Energy Resources, L.P., | § | No. 08-17-00146-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, | § | of Winkler County, Texas |
| | § | (TC# 15,682-B) |
| | § | |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's motion to vacate the November 8, 2018 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 27th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.